**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CRAIG LEWIS,

              Respondent

           v.

LUA KIM,

              Petitioner

: No. 374 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.